

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00047-CV

| | | |
|---|---|---|
| JOE ERVIN LOCKRIDGE, Appellant | § | On Appeal from the 431st District Court |
| | § | of Denton County (20-7122-431) |
| V. | § | April 15, 2021 |
| | § | |
| STEPHANIE MARTIN, Appellee | | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
     Justice Brian Walker